# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 71
Brittany N. Jones, &c.,
 Appellant,
  v.
Cattaraugus-Little Valley Central
School District,
 Respondent.

Virginia H. McMichael, for appellant.
Patrick J. Hines, for respondent.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issue presented is to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

Decided April 18, 2024